A02A0491. CITY OF DECATUR et al. v. DeKALB COUNTY.

(598 SE2d 926)

MILLER, Judge.

In *City of Decatur v. DeKalb County*, 277 Ga. 292 (589 SE2d 561) (2003), the Supreme Court of Georgia reversed the judgment of this Court in *City of Decatur v. DeKalb County*, 255 Ga. App. 868 (567 SE2d 332) (2002). Therefore, we vacate our earlier opinion and adopt the opinion of the Supreme Court as our own.

*Judgment reversed. Blackburn, P. J., and Johnson, P. J., concur.*

DECIDED APRIL 30, 2004.

*Wilson, Morton & Downs, Robert E. Wilson, Bryan A. Downs, Justin H. Hayes, Joe L. Fowler, Edward E. Carter, Susan M. Pruett, Ted C. Baggett*, for appellants.

*King & Spalding, L. Joseph Loveland, Jr., Letitia A. McDonald, Benjamin W. Pope, Charles G. Hicks, Joan F. Roach*, for appellee.